# In the United States Court of Federal Claims

No. 26-241

Filed: March 9, 2026

| | |
|---|---|
| JEROME R. BENAMON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THE UNITED STATES, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## DISMISSAL ORDER

On February 10, 2026, Jerome R. Benamon, who is incarcerated at FCI-Pollock in Louisiana and acting *pro se*, filed this complaint alleging that the United States has caused emotional and physical harm and has taken his liberty, labor, and bodily autonomy "without just compensation by imprisoning Plaintiff while concealing financial value generated from that custody." *See* Compl., ECF No. 1 at 1–3. In his complaint, Mr. Benamon demands money damages, disgorgement of "all funds received by the United States," and a "Full Treasury accounting." *Id.* at 2–3.

On February 13, 2026, the Court issued an order expressing "serious[] doubt" that the complaint's allegations fell within the Court's limited jurisdiction. *See* Feb. 13, 2026 Order, ECF No. 4 at 1. The order directed Mr. Benamon to explain why the complaint should not be dismissed under Rule 12(h)(3) of the Rules of the United States Court of Federal Claims ("RCFC") and "which money-mandating source or sources of law he is invoking and explain why this Court has jurisdiction over this case." *Id.* The deadline for Mr. Benamon's response was March 6, 2026. *Id.* at 2.

The Court has not received any response from Mr. Benamon as of March 9, 2026. The Court accordingly **DISMISSES** Mr. Benamon's complaint **WITHOUT PREJUDICE** for lack of prosecution under RCFC 41(b). The Clerk of the Court is directed to enter judgment accordingly and mail a copy of this order to Mr. Benamon at his last known address.

**IT IS SO ORDERED.**

s/ *Loren A. Smith*

Loren A. Smith,
Senior Judge